IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NEW MEXICO PSYCHIATRIC SERVICES CORP.,**

    **Plaintiff,**

vs.                                      No. 15-cv-00422 WJ-SMV

**THE STATE OF NEW MEXICO, et al.,**

    **Defendants.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     February 4, 2016, at 1:30 p.m.

A telephonic status conference is hereby set for February 4, 2016, at 1:30 p.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.